**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Terina Renae BROWN, Defendant–Appellant.**

**No. 03–10002.**

United States Court of Appeals, Fifth Circuit.

Aug. 19, 2003.

---

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Terina Renae Brown ("Brown"), federal inmate # 30881–077, appeals the district court's denial of her 18 U.S.C. § 3582 motion for a reduction in her sentence. Brown received a stipulated sentence as permitted by FED. R.CRIM. P. 11(e)(1)(C). Because Brown's sentence was imposed in accordance with Rule 11(e)(1)(C), 18 U.S.C. 3582(c)(2) does not apply. Consequently, the district court did not abuse its discretion in denying Brown's motion. *United States v. Shaw,* 30 F.3d 26, 29 (5th Cir.1994).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

